UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATAI NASOULUCK,

       Petitioner,                        Case No. 15-cv-14051
                                                 Hon. Matthew F. Leitman

v.

JODI DeANGELO-KIPP,

       Respondent.

_____/

## ORDER CONSTRUING MOTION FOR A CERTIFICATE OF APPEALABILITY (ECF # 18) AS ONE FOR RECONSIDERATION AND DENYING MOTION

        On November 13, 2015, Petitioner Ketai Nasouluck ("Petitioner") filed a Petition for a Writ of Habeas Corpus (the "Petition"). (*See* ECF #1.). On August 2, 2016, this Court entered an opinion and order denying the Petition )(the "Order"). (*See* ECF #14.) In the Order, the Court declined to grant Petitioner a certificate appealability. (*See id.* at 13, Pg. ID 236.) Petitioner has now filed a motion for a certificate of appealability (the "Motion"). (*See* ECF # 18.)

        It appears that Petitioner may not realize that the Court has already declined to grant him a certificate of appealability. The Court will therefore construe the Motion as one for reconsideration of the Court's previous denial of such a

1

certificate. The Court declines to reconsider its earlier denial because Petitioner has not shown any error in that denial.

Accordingly, for the reasons stated above, **IT IS HEREBY ORDERED** that the Motion (ECF #18) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 8, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113